IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RENALDO LAMAR WISE,

      Appellant,

 v.

Case No.  5D22-31
LT Case No. 2009-CF-2802

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 26, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Renaldo L. Wise, Lake Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.  See Young v. State, 697 So. 2d 75 (Fla. 1997).

WALLIS, EISNAUGLE and WOZNIAK, JJ., concur.